**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rosario Vega VALENZUELA,**
**Defendant–Appellant.**

No. 06–50106.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 12, 2006.

Michelle P. Jennings, Esq., USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Steven A. Feldman, Esq., Uniondale, NY, for Defendant–Appellant.

Before: GOODWIN, RYMER, and FISHER, Circuit Judges.

MEMORANDUM **

Rosario Vega Valenzuela appeals from the 70–month sentence imposed after his

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

guilty-plea conviction for conspiracy to import marijuana, in violation of 21 U.S.C. §§ 952, 960, and 963.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily).

**DISMISSED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.